# United States District Court

WESTERN DISTRICT OF WASHINGTON

LAWRENCE D. SALMON,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5635RBL/KLS

__   **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation;

The matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings.


December 13, 2010                             WILLIAM M. McCOOL
                                                          Clerk


                                                    *s/CM Gonzalez*
                                                     Deputy Clerk