

09-CV-05635-ORD

U.S. DISTRICT JUDGE RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAWRENCE D. SALMON,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant, | DISTRICT COURT<br>CASE NO. C09-5635RBL<br><br>PROPOSED ORDER FOR<br>ATTORNEY'S FEES AND<br>EXPENSES UNDER EQUAL ACCESS<br>TO JUSTICE ACT |

FILED / RECEIVED / LODGED
MAR 15 2011
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

It is hereby ORDERED that Plaintiff is awarded attorney fees in the amount of $4,788.27 and expenses in the amount of $52.67 for postage and legal messenger services, pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412. Payment of this award shall be made via check sent to Joseph B. Lavin's address: Joseph B. Lavin, Attorney at Law, 101 E. 5th St., Port Angeles, Washington, 98362.

DATED this 13th day of March, 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

DATED:   February 23, 2011

s/Joseph B. Lavin
JOSEPH B. LAVIN, W.S.B.A #11680
Attorney for Plaintiff
101 E. Fifth St.
Port Angeles, WA 98362
Telephone:  360-457-5763
Fax:  360-457-5919
E-mail:  joseph.lavin@tfon.com
         joelavin@tfon.com

Proposed Order For Attorney's Fees and Expenses Under
Equal Access To Justice Act [C09-5635RBL]

Joseph B. Lavin
Attorney at Law
101 E. Fifth St
Port Angeles, WA 98362
360-457-5763
Fax:  360-457-5919